2 JUNE 15

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 05 2015

Abel Acosta, Clerk

This document contains some
pages that are of poor quality
at the time of imaging.

ABEL ACOSTA
Court of Criminal Appeals
Supreme Court
Bldg 201 W 14th, St Rm 106
P.O. Box 12308
Austin, Texas 78711-2308

RHOUNDA BARCHAK
Brazoria County Dist, Clerk
23rd Judicial Dist, Court
or 412th Judicial Dist, Court
111 E, Locust Suite 500
Angleton, Texas 77515-4678

RE: Criminal Cases Nos. 63746, 65515, And 65516, State of Texas V. Jimmy Diaz, 23rd Judicial Dist. Court Brazoria County, Texas, Was/were Judgment of Conviction at 111 E, Locust Suite 500 Angleton, Texas 77515-4678, Judge Presiding EDWIN DENMAN

DEAR CLERK'S,
    ENCLOSED, Please find the following:

* Petitioner -Relator's, Declaration in support of motion To Proceed in forma pauperis And leave (1) Copy each, And Application To Proceed in forma pauperis (1) Copy each,

* Petitioner -Relators, Application Writ of mandamus legal Claims, (1) Copy each, And Exhibits A. Self Authenticate of records, Document's (1) Copy each,

    would you Please file these, Pleading, Promptly with the Court of Criminal Appeals Supreme Court Bldg 201 W. 14th St Rm 106 P.O. Box 12308 Austin, Tx 78711 2308, And Brazoria County Dist Court 23rd or 412th Judicial Dist. Court. 111 E Locust Suite 500 Angleton Tx 77515-4678 Please Provide copies to all parties in this matter, June 2,15 Thank you for your time And Cooperation

Jimmy Diaz

```
CSINIB02/CINIB02    TEXAS DEPARTMENT OF CRIMINAL JUSTICE        06/02/15
R147/ALE1031                IN-FORMA-PAUPERIS DATA              10:24:02
TDCJ#: 01737301 SID#: 03213784 LOCATION: RAMSEY       INDIGENT DTE: 01/21/14
NAME: DIAZ,JIMMY                        BEGINNING PERIOD: 12/01/14
PREVIOUS TDCJ NUMBERS: 00475593 00721195 01201534
CURRENT BAL:       0.00 TOT HOLD AMT:       0.00 3MTH TOT DEP:       0.00
6MTH DEP:          0.00 6MTH AVG BAL:       0.00 6MTH AVG DEP:       0.00
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
05/15       0.00           0.00        02/15       0.00           0.00
04/15       0.00           0.00        01/15       0.00           0.00
03/15       0.00           0.00        12/14       0.00           0.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF **BRAZORIA**
ON THIS THE **2ND** DAY OF **JUNE 2015** I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

A.
LEICHT
Notary Public, State of Texas
My Commission Expires
04 08 2016
NOTARY PUBLIC
STATE OF TEXAS
Notary without Bond

CSINIB02/CINIB02    TEXAS DEPARTMENT OF CRIMINAL JUSTICE        06/02/15
R147/ALE1031            IN-FORMA-PAUPERIS DATA               10:24:02
TDCJ#: 01737301 SID#: 03213704 LOCATION: RAMSEY        INDIGENT DTE: 01/21/14
NAME: DIAZ,JIMMY                      BEGINNING PERIOD: 12/01/14
PREVIOUS TDCJ NUMBERS: 00475593 00721195 01201534
CURRENT BAL:        0.00 TOT HOLD AMT:        0.00 3MTH TOT DEP:        0.00
6MTH DEP:           0.00 6MTH AVG BAL:        0.00 6MTH AVG DEP:        0.00
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
05/15        0.00          0.00        02/15        0.00          0.00
04/15        0.00          0.00        01/15        0.00          0.00
03/15        0.00          0.00        12/14        0.00          0.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION

STATE OF TEXAS COUNTY OF **BRAZORIA**
ON THIS THE **2ND** DAY OF **JUNE 2015** I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

A.
LEICHT
Notary Public, State of Texas
My Commission Expires
04 08 2016
Notary without Bond
NOTARY PUBLIC
STATE OF TEXAS

Jimmy Diaz #1739301
_____
Plaintiff's name and ID Number

Ramsey Unit, 1100 F.M. Rd,
Rosharon.TX 77583
_____
Place of Confinement

CASE NO._____
(Clerk will assign the number)

Honorable Judge Edwin Denman,
And R'Honda Barthak.Brazoria
County Dist. Clerk, 111 E. Locust Smith 500
Angleton, Texas 77515-4678
_____
Defendant's name and address Respondents

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Jimmy Diaz , declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1.   Have you received, within the last 12 months, any money from any of the following sources?

   a.   Business, profession or from self-employment?    Yes ☐  No ☐
   b.   Rent payments, interest or dividends?    Yes ☐  No ☐
   c.   Pensions, annuities or life insurance payments?    Yes ☐  No ☐
   d.   Gifts or inheritances?    Yes ☐  No ☐
   e.   Family or friends?    Yes ☐  No ☐
   f.   Any other sources?    Yes ☐  No ☐

If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

N/A

2.   Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
               Yes ☐     No ☐

If you answered YES to any of the questions above, state the total value of the items owned.

N/A

1

☆ATCIFP (REV. 9/02)

3.      Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐      No ☐

If you answered **YES**, describe the property and state its approximate value. *N/A*

_____

_____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the **2nd,** _____ day of **June** _____, 20 **15**.

*Jimmy Dicy* # 1737301
Signature of Plaintiff      ID Number

**YOU <u>MUST</u> ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

☆ATCIFP (REV. 9/02)

# COURT OF Criminal Appeals
# SUPREME COURT
# AUSTIN DIVISION
# OFFICE OF THE CLERK

Jimmy Diaz
T.D.C.J. CID #1189301
VS    Relator,

THE STATE OF TEXAS
HONORABLE EDWIN DENMAN,
AND RHOUNDA BARCHAK,
Brazoria County DIST. CLERK
IN HIS/HER individual Capa-
City or officials Capacity,
Respondents.

| DEMANDED A HEARING

| Causes Nos.
| 63746, 65525,
| AND 65576
| IN THE DIST. COURT
| OF BRAZORIA County,
| TEXAS 23rd JUDICIAL
| OR 412th JUDICIAL

## Petitioner-Relator's motion To leave The Court Allowed To file Application WRIT OF MANDAMUS

1.

TO THE Honorable JUSTICE
OF SAID Court:

Comes Now I, Jimmy Diaz, appearing Prose,
representation Petitioner-Relator Respectfully
moves this Honorable Court Pursuant to the
Federal Rules of Civil Procedure FORM 4, AND
T.R.Civ. P. Rule 4 or Form files his Application
writ of MANDAMUS, and MOTION To leave the
Court for very good reason will Show the
following:

## I.
## Jurisdiction

1. On August 18, 2011 AND on August 22, 2011
Petitioner-Relator appeared BEFORE... THE
HON. EDWIN DENMAN JUDGE IN THE DISTRICT
Court OF BRAZORIA County, TEXAS 23rd JUDICIAL
DISTRICT Court, and Petitioner-Relator MR. DIAZ,
ENTER a Plea bargain Argreement Jail time
Credit 55 days, 37 days AND 37 days.

2.

2. The STATE OF TEXAS HON. EDWIN DENMAN Judge IN Violation's OF a PleaBargain Argreement, Relator - mr. Diaz, files his motion To leave the Courts, allow him to file his Application writ OF MANDAMUS To The HONORABle Appellate Court OF Criminal Appeals Supreme Court AUSTIN DIVISION.

## II.

## UNSWORN DECLARATION By AN inmate

I Jimmy Diaz, declare and depose To Title 28 U.S.C. §1746, under the Penalty OF PERjury that the foregoing STATEMENT made in document ARE true and Correct to the best of my Knowledge signed on this day of ___2nd___ day of __JUNE, 20, 15.__,

Respectfully Submitted

Jimmy Diaz

Jimmy Diaz # 1757301
RAMSEY Unit
1100 F.m. Rd
RosAAron, Tx 77583

3.

## III.

## CERTIFICATE OF SERVICE

I Jimmy Diaz, Hereby Certify that a Copy of the foregoing instrument document Cause Nos. 63746, 65575, AND 65526, Petitioner relator motion to leave the Court to allow him file his application writ of mandamus was Served to The Honorable Clerk, ABEL ACOSTA; Court of Criminal Appeals Supreme Court Bldg 201 W 14th St, Rm 106 P,O, Box 12308 AUSTIN, TEXAS 78711-2308 through and by U.S. mail Postal Service on this day 2nd, day of JUNE, 20, 15 from Prison mail Box (address follows Parties Served) P: 1-4 END:

BRAZORIA County Dist. Clerk,
23rd JUDICIAL Dist. Court
OR 412th JUDICIAL Dist, Court
111 E, Locust suite 500
Analeton, TX 77515-4678

Respectfully Submitted

Jimmy Diaz #1751301
Ramsey Unit
1100 F.m. rd
Rosharon, TX 77583

4.

COURT OF Criminal Appeals
SUPREME COURT
OFFICE OF THE CLERK

Jimmy Diaz,
Petitioner-Relator,
T.D.C.J. ID #1731301,

Vs.

THE STATE OF TEXAS
HONORABLE EDWIN DENMAN
JUDGE AND RHOUNDA BARCHAK
BRAZORIA COUNTY DIST. CLERK,
AND IN His/HER individual
Capacity or official Capacity,
Respondants.

DEMANDED A HEARING

Cause No. 63746

Cause No. 65575

Cause No. 65576

IN THE DISTRICT COURT
OF BRAZORIA County,
TEXAS 23rd JUDICIAL

DISTRICT

## Relator Declaration in Support of Motion To Proceed in forma pauperis And/or leave

TO THE HONORABLE JUSTICE OF SAID COURT

1.

Comes NOW I, Jimmy Diaz, In the above causes and numbered Petitioner-relator appearing Pro se representation respectfully moves this Honorable Court Pursuant to the Federal Rules of Appellate Procedure Rule 24 (A),(1), files his motion to Proceed in forma pauperis and /or Declaration. without a Choice for good Reason will Show the following:

## I.
### JURISDICTION

I Jimmy Diaz, am the Petitioner-relator in the above entitled case. In support of my Declaration/motion to Proceed and leave without being required to prepay fees or Costs or give security therefore. I State that because of my Poverty I am unable to pay the Costs or to give security therefore, and that I believe I am entitled to redress.

I declare that the responses which I have made below are true.

2.

1. if you are presently employed, state the amount of your salary wage per month, and give the name and address of your employer __N/A.__ (B)

2. if you are not presently empolyed state the date of last empolyment and amount of salary per month that you received and how long the employment lasted. __N/A.__

3. Have you received, within the past twelve months, any money from any of the following source:

a. Business, Profession or form of self-employment?
   yes ___ NO ✓

b. Rent payments, interest or dividends?
   yes ___ NO ✓

c. Pensions annunities, or life insurance payments?
   yes ___ NO ✓.

d. Gifts or inheritances? yes ___ NO ✓.

e. Any form of Public assistance? yes ___ NO ✓.

f. Any other source? yes ___ NO ✓.

1. if you are presently employed state the date of last

if the answer to any of question (a) through (f) is yes, describle each source of money and state the amount received from each during the past months __0__.

4. Do you have any cash or money in a cheeking or saving's account? __0__. If the answer is yes, state the total value owned. (0).

5. Do you own any real state, stock, bonds, notes, automobiles, or other valuable property including ordinary household furnishing and clothing? __N/A__. if the answer is yes, state the total value owned. N/A

6. List the person's who are dependent on you for support state the relationship to those person's, and indicate how much you contribute toward their support at the present time. __N/A__

7. if you live in a rented apartment or other rented building state how much you pay each month for rent. Do not include rent contributed by other pepole. __N/A__. (0)

8. State any special finacial circumstance which the court should consider in this application Liberty interest, illegal in retcials Violation Plea bargain Agreement.

4.

I understand that a false statement or answer to any questions in this declaration/motion to leave and proceed in forma pauperis will subject me to the penalties of perjury.

I declare under penalty of perjury that the foregoing is true and correct executed on this day of _____ day of _____ 2015. Signed

Jimmy Diaz #1737301
Jimmy Diaz
Ramsey Unit
1100 F.m. Rd
Roshaeon. Tx 77583

6-19-66
Date of Birth

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
Social Security Number

# II.
## CERTIFICATE OF SERVICE

I Jimmy Diaz, Hereby certify that a copy of the foregoing instrument document cause(s) known 63746, 65575, and 65576 Relator Declaration/motion leave and proceed in forma pauperis was served to;

5.

Court of Criminal Appeals' Supreme Court office OF THE CIERK, Honorahle ABEL ACOSTA Bldg, 201 W 14th St, Room 106 P.O. Box 12308 Austin, Texas 78711-2308 address was served by U.S Postal U.S.mail from prison mail Box on this day of 2nd, day of June 2015 (address follows PARTIES served).

Respectfully Submitted
~~Jimmy Diaz~~ #1137901
Jimmy Diaz PROSe

BRAZORIA County Dist,
CIERK, RHOUNDA BARCHAK
23rd Judicial Dist. Court
111 E, Locust Suite 500
Angleton, TEXAS 77515-4628

Ramsey Unit
1100 F.M. Rd,
Rosharon, Tt 77583.

P.1: 1-6 Relator Declaration/motion to leave And/or to Proceed in forma pauperis, END!

6.

# COURT OF CRIMINAL APPEALS
# SUPREME COURT
# OFFICE OF THE CLERK

Jimmy Diaz
Petitioner-Relator
T.D.C.J. ID # 1737301

VS.

THE STATE OF TEXAS
HONORABLE, EDWIN DENMAN, JUDGE, AND RHOUNDA BAR-CHAK, BRAZORIA County Dist. Clerk. AND IN HIS/HER INDI-VIDUAL Capacity OR official Cap-city Respondants

DEMANDED A HEARING

Cause No. 63746,
Cause No. 65525,
Cause No. 65526.

IN THE DISTRICT COURT

OF BRAZORIA

County, TEXAS.
23rd JUDICIAL DISTRICT.

## Petitioner-Relator Application Writ OF MANDAMUS

1.

Cause No. 63746
Cause No. 65575
Cause No. 65576

Jimmy Diaz,
Petitioner - Relator,
T.D.C.J - ID #1737301

VS.

THE STATE OF TEXAS
Honorable Edwin,
Denman, AND Rhounda,
Barchak Brazoria County,
Dist. Clerk, AND IN His,
Her official Capacity, or
individual Capacity

DEMANDED A Hearing

IN THE DISTRICT COURT

OF Brazoria County, Texas

23cd Judicial District

## Petitioner - RELATOR Application Writ OF MANDAMUS

1.

BEFORE... THE HONORABLE JUSTICE
OF SAID COURT Respectfully Comes
NOW I, Jimmy Diaz, PETITIONER-Relator, through
And by Prose representation in the above
Styled and Cause numbered's moves this Hon-
orable Court Pursuant to the Texas Rules of
Criminal Court Procedure Under Article 2.21,
and Federal Rules of Appellate Procedure 21.
Pursuant Tex. Crim. Proc. Code Rule 23.2 NUNC,
Pro Tunc. files his writ of mandamus for a
good reason will show the following:

## I.

## JURISDICTION

I, Jimmy Diaz, am "INCARCERNE at the present time
Texas Department of Criminal Justice institutional
Division T.D.C.J. ID # NO. 1737301 and he is appearing
Prose; he can be located at Ramsey Unit,
1100 F.m. Rd RoSharon, Texas 77583.

2.

2. The Petitioner-Relator has Exhaused All avaible Remedies Pursuant Federal Rules of Appellate Procedure Rule 1.02 And Under The Texas VERNON'S ANNOTATED Civil Practice And Remedies Code § 14 Cahpter and has no other adequate Remedy:

# II
## NATURE OF THE CASE

3. On August 18, 2011, Petitioner-Relator MR. Diaz, he did appeared BEFORE... THE HONORABLE EDWIN DENMAN. JUDGE OF SAID Court, 23rd JUDICIAL DIST. OF BRAZORIA County. TEXAS, Relator was Convicted 5 years, to the TEXAS Department of Criminal Justice Institutonal Division T.D.C.J. CID # 1731301

4. PETITIONER-Relator MR. Jimmy DIAZ WAS/WERE Represented by Attorney name ROBERT THomns RICE AND BERRY Goodwin,

3.

- AND ROBERT THOMAS Rice, Counsel's the Relator entered a plea of guilty plea bargain State ID NO. TX TX032137984 Case NO. 63746 Count incident No./TRN: 9196284420 offense NO. Burglary of habitation, Signed by the Honorable EDWIN, DENMAN JUDGE, and Counsels Jail time Credit, 55 days, on August 22,20,

11.

5. ON August 18, 2011, Petitioner Relator, appeared BEFORE... THE HONORABLE EDWIN, DENMAN, the Relator entered a Plea of guilty Pleas bargain State ID NO. TX TX032137984 Case NO. 65575 Count incident NO./ TRN: 9198585282 offense NO. HARRASSment of Public SERVANT, Signed by the Honorable EDWIN DENMAN, AND Counsels Jail time Credit 37 days on August 22, 20, 11.

5. ON August 18, 2011, Petitioner Relator appeart

4.

Before.... THE Honorable, EDWIN DENMAN, the relator entered a Plea of guilty, Plea bargain state id No. TX TX03213784 Case No. 65576, Count incident No. / TRN: 9198585282 offense No. TAMPERING Fabricate Phys evidence w/intent to impair" signed by the Honorable EDWIN DENMAN and Counsels Jail time Credit 37 days on August 22, 2011."

6. Petitioner - Relator, was mentioned at All times "Before... THE Honorable EDWIN DENMAN JUDGE IN THE DIST. Court OF BRAZORIA County, TEXAS 23rd Judicial Dist." Relator was sentence and Convicted on said offenses, Plea bargain Jail time Credit, County Jail was sentence for 5 years and was awarded Jail time

7. Relator moves this Honorable Court Pursuant to TEXAS Code of Criminal Procedure Under Article 42.03 § 2(a) obligation the trial Court to Credit to my sentence with

5.

-Time served in jail on "said" "cause", from the time of my arrest and confinement with I am sentence by the court, The statute applies to offense committed after August 27, 1973.

# III.

## NATURE OF THE ISSUE

8, Petitioner -Relator has been deligence trying to resolve time credit dispute on his jail time credit and through by trial court 23rd judicial district of Brazoria County, Texas. The Hon. Judge Edwin Denman, and Rhounda Bar-chak Brazoria County Dist. Clerk, through the Attorney's. No adequate relief.

9, Petitioner -Relator was/were deligence trying to resolve jail time credit, dispute, that the " trial court judge, aware". Mr. Diaz ,Relator ,h However along with state counsel for offend

6.

- A Division of Texas Department of Criminal Justice P.O. Box 4005 Huntsville, Texas 77342-4005 Phone Known (936) 437-5203 on January 13, 2012 T. K. Partin legal-assistance -Appellate Ser vice C.C. file.

10. Petitioner - Relator has exhaused time Credit dispute resloutation Huntsville, Texas P.O. Box 99 Huntsville, Texas 77342" They Stated, they Can Not alter Court records without the Trial Court sending a Court order correct errors, in the District Court of Brazoria County, Texas 23cd Judicial Dist. was/were Presinding Hon. Edwin Denman Judge, he signed by Hon. Judge!

## IV.

## STATEMENT OF THE FACTS

11. Petitioner - relator Mr. Diaz, has filed nyme ouse letter to the Brazoria Court Distri Clerk

7.

RHOUNDA BARCHAK, 23rd JUDICIAL DISTRICT COURT, and to the HONORABLE, EDWIN DENMAN, Judge, who Petitioner-Relator appeared Before and his Conviction on August 18, 2011, & Sentence on August 22, 2011,

12. On April 9th, 2013 Petitioner-Relator, had filed motion for Jail time Credit to the Conviting Court Brazoria County, Texas 23rd JUDICIAL DISTRICT COURT The BRAZORIA County DIST. CLERK, RHOUNDA BARCHAK Responant to the MOTION for Jail time Credit Petitioner-Relator attachies Exhibit- (A) here in Application Writ of mandamus for Review of the lower Courts,

13. ON November 13, 2014 Relator had filed numerous cover letters Requesting the Ruling on MOTION for Jail time Credit ON November 13, 2014 he filed MOTION for Court and Comply

8,

MOTION NUNC PRO TUNC, Jail time Credit
NO ANSWER from the Brazoria County Dist. Court's
NOR Clerk, RHOUNDA BARCHAK.

14. ON may 13, 2015 Petitioner - Relator forwarded
to RHOUNDA BARCHAK BRAZORIA County, DISTRICT
Clerk three notice regarding motions for
Jail time Credit and my MOTION for NUNC Pro
TUNC, and intent to file writ of MANDAMUS
to COURT OF Criminal Appeals, NO ANSWER NOR
to respond Responsible.

## V.

## Legal Claims for Review and Authorties

Pursuant to 201 The respondent HONORAble
EDWIN DENMAN JUDGE 23rd JUDICIAL DISTRICT
Court, in His/Her individual Capacity and/or

9.

thire officials Capacity AS. Hon. Judge and DISTRICT Clerk OF BRAZORIA County, TEXAS 23rd JUDICIAL Dist. Court has a ministerial duty to receive and file all papers file all papers in the OFFICE OF THE CLERK, ABEL ACOSTA, Court OF Criminal Appeals Supreme Court Bldg, 201 W 14th St, Room 106 P.O. BOX 12308 AUSTIN, TEXAS 78711-2308.

Proceeded and Parform all other duties imposed on the CLERK by LAW Pursuant to the TEXAS Rules of Criminal Court Procedure under the Article 221 is responsible under Federal Rules of Appellate Procedure Rule 4.04 and to immediately Transmit to Court OF Criminal Appeals Supreme Court bulding, 201 W 14th St, Rm 106 P.O. Box 12308 AUSTIN, TEXAS 78711-2308.

A Copy of the Application for writ of mandamus, and ANSWER filed, and a Certificate the date,

10,

-upon which that filing in the DISTRICT COURT OF BRAZORIA County, TEXAS 23cd JUDICIAL DIST. III E. Locust Suite 500 Angleton, Tx 77515-4678, " DECIDS THAT THERE ARE ISSUES TO BE ROSOLVED IN COURT OF BRiminal Supreme Court 14th DIST. OF AUSTIN, TEXAS,

## VI.

## ARgreements AND Authorties
## GROUND FOR RELIEF

The STATE OF BRAZORIA County, TEXAS in the DISTRICT Court OF 23cd JUDICIAL DISTRICT III E. Locust Suite 500 Angleton, Tx 77515-4678 Convcting Court" Honorable, JUDGE EDWIN DENMAN, is in Violation Plea bargain Agreement State OF BRAZORiA County, TEXAS DIST. Court 23cd JUDICIAL DISTRICT Court, Created Procedural due Process liberty interest and illegal in restrials to the Relator

11.

Mr. Diaz freedom is protected by the fifth and fourteenth Amendment prohibit the government from depriving petitioner-relator of his life, liberty in violation of plea bargain agreement due process of the law. analysis of procedual due process is in question involves a two-part inquiry,

(1) whether the state has interferred with a persons petitioner-relator's protected liberty or protected and (2) whether procedural safeguards are constitutionally sufficent to protest against un'justified fundamental deprivations. U.S. Const. Amend. I, and XIV. § 1, amendment rights

see FRONT ROYAL V. TOWN OF FRONT ROYAL, VIRGINA, Cite AS 135 F.3d at 275 (4th Cir 199 IN SANDIN V. CONNER, 515 U.S. at 472, 48 (1995).

12.

The Supreme Court clearly announced a new test for analysis State-Created liberty interest, under SANDIN, a Prisoner must allege that a specific Regulation or State has Created a Protected liberty interest

The State of Brazoria County District Court 23rd Judicial District The Honorable, EDWIN DENMAN, AND District Clerk, RHOWNDA BARCH-AK filed to liberally Contrue Petitioner-Relator, Pleading, Counter Claim, or Affirmative defenses Furthermore denial of a NUNC Pro TUNC MOTION, is hereby a Petition for Writ of mandamus, See CASTOR V. STATE, Cite As 205 S.W. 3d, at 666 (Tex. App. Crim) Also See, IN RE BELL Cite As 894 S.W. 2d at 119 (Tex. App. 1995),

A Pro se Pleading Such this one, however, inartful Peaded "must be held to "less Stringent Standards

13.

than formal pleadings drafted by lawyers: ESTElle V. Gamble, 429 U.S. 97, 106 S.Ct. 285, 292 (1976). Quothing HAINES V. KERNER, 404 U.S. 519, 520, -21 92 S.Ct. 594, 595-96 (1972).

## VII.
## UNSWORN DECLARATION BY AN INMATE

I Jimmy Diaz, hereby declare and depose Pursuant to the Title 28 U.S.C. § 1746, under the Penalty of Perjury that the forgoing instrument or document Cause(s) No. 63746, AND 65525 AND 65526, Petitioner relator Application writ of mandamus Is True and correct to the best of my Knowledge EXCUTED ON this day of _and_ day of JUNE, 20 15.

Respectfully submitted
Jimmy Diaz
Jimmy Diaz #1731801
Ramsey Unit
1100 f.m. Rd.
Roshalon, Tx 11583.

14.

# VIII.
## PRAYER FOR RELIEF

Wherefore, Premises Considered, Petitioner-Relator Prays that The Honorable Justice of said Court's. Court of Criminal Appeals Supreme Court, Order the lower Court or Trial Court 23cd Judicial District Court of Brazoria County Texas. awarded him this Jail Time Credit, NUNC PRO TUNC, Plea Bargain Agreement allow him to be afforded to his Constitutional Rights, and the Equal Protection of the law. his liberty interest, Freedom in the interest of Justice.

# IX.
## CERTIFICATE OF SERVICE

I. Jimmy Diaz Hereby Certify that a Copy of

15.

instrument document Petitioner -relator Applic- ation writ of mandamus Cause(s) known: 63746, 65576 AND 65575, was served to, Court of Criminal Appeals Supreme Court Office of THE Clerk, Honorable ABEL ACOSTA Bldg 201 W 14th St. Room 106 P.O. BOX 12308 Austin, Texas 78711-2308 by through U.S. mail U.S. Postal SERVICE from Prison mail Box on this day of 2nd day of JUNE 2015, (address follows Parties Served).

Respectfully Submitted

Jimmy Dinz #1737801
Jimmy Dinz
Ramsey Unit
1100 F.m. Rd.
Rosharon, Tx 77583

BRAZORIA County DiST. Clerk RHOLINDA BARCHAK, 23rd JUDICIAL DiST. Court 111 E. LoCust Suite 500 Angleton, TX 77515-4678

16.

# X.

## ORDER

ON THIS THE _____ DAY OF _____ ,20,
____ CAME ON TO BE HEARD PETITIONER
RELATOR Application WRIT OF MANDA-
MUS Cause(s) AND NUMBERS NO. 63746,
65575, AND 65576. SAID WRIT OF MANDAMUS
IS HEREBY:

(    ) GRANTED                (    ) DENIED

Signed THIS _____ DAY OF _____ ,20, ____

_____

_____
HONORable, JUSTICE PRESIDINING,


P: 1-17, PETITIONER's RELATOR Application WRIT OF MAND-
AMUS END!

17.

# COURT OF Criminal Appeals
# SUPEME COURT
# AUSTIN DIVISION
# OFFICE OF THE CIERK

Jimmy Diaz,
    Petitioner-Relator,

vs.

THE STATE OF TEXAS,
Honorable, EDWIN DENMAN,
AND RHOUNDA BARCHAK,
Brazoria County Dist. Clerk
AND IN His/Her individual
Capacity or official Capacity
Respondents.

"DEMANDED A Hearing"

Cause No. 63746

Cause No. 65575

Cause No. 65576

IN THE DISTRICT COURT

OF BRAZORIA County, TEXAS

23rd JUDICIAL DISTRICT

## Petitioner-Relator's Self Authenticate of Records

TO THE Honorable Justice of said Court:

    I Jimmy Diaz, #1737301 being presently incarcerated in T.D.C.J. CID Ramsey Unit 1100 F.m. Rd Rosharon TEXAS 77583,

1.

-Do hereby Swear, declare, and / or Affirm that the foregoing instrument document record, event Chronglogy is true and correct under the Penalty of Perjury. Pursuant to the Texas Rules of Civil Procedure, Rule 44 (c)(1) Prosuit to the Appropriate Rule Affirmation made Pursuant to 28. U.S.C. §1746,

Executed on _2nd_, Day of _June_, 20, 15

Respectfully submitted

Jimmy Diaz #1737301
Ramsey Unit
1100 F.m. Rd
Rosharon, Texas 77583.

## I.
## SELF AUTHENTICATE OF RECORDS

W. Edwin Denman
Judge
412th District Court

Linda Kellogg
Court
Coordinator

Brazoria County
111. E. Locust, Suite 201
Angleton, Texas 77515
979-864-1915 * 281-756-1915 * 979-1915
Fax: 979-864-1918

2.

Exhibit - A.

APRIL 11, 2013

MR. Jimmy Diaz
#1737301
Stringfellow Unit
1200 F.m. 655
Rosharon, Texas 77583

RE: Cause Nos. 63746, 65575, and 65576; State
of Texas vs. Jimmy Diaz; in the District Court,
Brazoria County Texas. 412th Judicial District

Dear Mr. Diaz:

Judge Denman received your letter of march 27, 2013
Concerning your disagreement with the time Credit you
agreed to on your Plea bargains.

Judge Denman is not able to Consider your request
as he has no way of knowing what the basis is for your
Claim and exactly how many days that you believe that you
are entitled to receive. upon receipt of that information,
he will review your files.

VERy truly yours

Linda Kellogg
Court Coordinator, 412th Dist. Court

P: 1 & Self Authenticate of
Records documents end!     3.     Exhibit-A,

## II.
### CERTIFICATE OF SERVICE

I, Jimmy Diaz, Hereby Certify that a copy of the foregoing instrument documents Petitioner-Relator's, self authenticate records Exhibit-A. was served to: Honorable ABEL ACOSTA at Court of Criminal Appeals Bldg 201 W 14th, Rm 106 P.O. Box 12308 Austin, Texas 78711-2308 through and by U.S. postal Service U.S. mail from Prison mail Box on this day of 2nd Day of JUNE, 20, 15. (address follows Parties served.)

RHOUNDA BARCHAK
BRAZORIA County, DIST.
Clerk, 23rd Judicial Dist.
and for 412th Judicial Dist.
III E, Locust Suite 500
Angleton, Texas 77515-4678

RE: Cases Nos. 63946, 65575, And 65576

Respectfully Submitted
Jimmy Diaz # 1737301
Jimmy Diaz
Ramsey Unit
1100 F.m. Rd.
Rosharon, Tx 77583

P; 1-4-self Authenticate of records And Certificate of Service,
(4),

Exhibit-A,

STATE COUNSEL FOR OFFENDERS
A DIVISION OF TEXAS DEPARTMENT OF CRIMINAL JUSTICE
P.O. Box 4005
Huntsville, Texas 77342-4005
(936) 437-52003

January 13, 2012

Jimmy Diaz
TDCJ #1737301
Ramsey 1 Unit
1100 FM 655
Rosharon, Texas 77583

Dear Mr. Diaz:

The TDCJ computer indicates you are presently serving the following offenses:

|    | Cause No. | Offense | Sentence Begin Date | Jail Time Credit |
|----|-----------|---------|---------------------|------------------|
| 1. | *65575 | Haeeassment PS | 07-16-11 | 37 |
|    |        |                | State ID No.: TX TX03213784 | |
| 2. | *65576 | Tamper Phys Evid | 07-16-11 | 37 |
|    |        |                  | State ID No.: TX TX03213784 | |
| 3. | 63746 | Burg of Habit | 06-28-11 | 37 |
|    |       |               | State ID No.: TX TX03213784 | |

*These are considered your holding cases because it will keep you in TDCJ the longest.

Sincerely,


T.K.Partin
Legal Assistant-Appellate Services
cc:     File


_ATTach Exhibit-D._